UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EDWIN SPENCER,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

Civil Action No. CV-04-4357
(Block, J.) (Mann, M.J.)

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**

WHEREAS, Plaintiff Edwin Spencer has asserted tort claims for personal injury and property damage, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 et seq., against Defendant United States of America;

WHEREAS, Plaintiff's tort claims arise from an automobile accident that occurred between Plaintiff's vehicle and a United States Postal Service truck on August 18, 2003, at the intersection of Saratoga Avenue and Marion Street in Brooklyn, New York;

WHEREAS, under the FTCA, the liability, if any, of the United States for Plaintiff's tort claims is determined in accordance with the substantive law of New York;

WHEREAS, New York's Comprehensive Motor Vehicle Insurance Reparations Act ("No Fault Law"), N.Y. Ins. Law § 5104, provides that a plaintiff may not recover for non-economic damages, including pain and suffering, unless he can prove that he suffered a "serious injury" within the meaning of the statute;

WHEREAS, Plaintiff has not suffered a "serious injury" within the meaning of the No Fault Act, arising from the automobile accident at issue in this lawsuit;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Plaintiff's claims for relief for personal injuries arising from the automobile accident at issue in this lawsuit are hereby **dismissed with prejudice**, without costs to any party;

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that this Stipulation is **without prejudice** to Plaintiff's claims for relief for property damage arising from the automobile accident at issue in this lawsuit.

**AGREED TO BY THE PARTIES:**

THOMAS D. WILSON, Esq.
16 Court Street – Suite 1908
Brooklyn, New York 11241
(718) 875-0021

*Attorney for Plaintiff*

By: _____
THOMAS D. WILSON (TW 6908)

Dated: August ___, 2005

By: _____
EDWIN SPENCER, *Plaintiff*

Dated: August 26, 2005

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza – 14th Floor
Brooklyn, New York 11201
(718) 254-7000

*Attorney for United States of America*

By: _____
STEVEN M. WARSHAWSKY (SW 5431)
Assistant United States Attorney
(718) 254-6060

Dated: ~~August~~ September 2, 2005

So Ordered

USDJ    9/6/05

-2-